# WILLIAM T. EVANS *v.* COMMISSIONER OF CORRECTION
## (AC 18236)

Hennessy, Sullivan and Daly, Js.

Argued June 9—officially released August 10, 1999

Per Curiam. The judgment is affirmed.